# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**ESTHER SALAS**
**UNITED STATES DISTRICT JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 2037**
**NEWARK, NJ 07101**
**973-297-4887**

July 21, 2011

## LETTER ORDER

Re:     **Mudey v. Corrections Corporation of America, et al.**
        **Civil Action No. 09-1669 (ES)**

Dear Counsel:

Please be advised that Judge Salas has scheduled a Telephone Conference  for **August 4, 2011 at 11:00 a.m.**  Plaintiff's counsel shall coordinate the call with the Court.  **One week prior to this conference**, each party must submit a confidential memorandum to the Court [via facsimile (973) 645-2469], of no more than two pages that provides an update as to the discovery process and the overall status of the case. Should you have any questions, please call (973) 297-4887.

        **SO ORDERED.**

                _s/Esther Salas_
                **Esther Salas, U.S.D.J**